### J. A COLLINS v. G. W. PETTITT et al.

*Messrs. W. A. Dunn* and *Thos. N. Hill*, for appellants.

*Mr. E. L. Travis* and *Messrs. MacRae & Day*, for appellee.

*Per Curiam:*—The questions presented in this case being the same as those presented in *Wilcox* v. *Leach*, at this term, for the reasons set out in the opinion in that case there is error.